Elizabeth Parker-Fawley (Cal. State Bar No. 301592)
*Elizabeth@CallJustice.com*
Arman Marukyan (Cal. State Bar No. 327150)
*Arman@CallJustice.com*
Christina Galajan (Cal. State Bar No. 343985)
*christina@CallJustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff

Tyler M. Paetkau (SBN 146305)
Tyler.Paetkau@huschblackwell.com
**HUSCH BLACKWELL LLP**
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650 / Fax: (510) 768-0651

Brendan A. Melander (AZ Bar No. 034777 – Admitted Pro Hac Vice on 10/18/2022)
Brendan.Melander@huschblackwell.com
**HUSCH BLACKWELL LLP**
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: (480) 824-7980

*Attorneys for* Defendant

*[Additional counsel for Defendant on the following page]*

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

IRWANDIE TIO, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;

Plaintiff,

vs.

TRANSDEV ALTERNATIVE SERVICES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 5:22-cv-05065-NC

Honorable Nathanael M. Cousins

**ORDER TO REMAND CASE TO STATE COURT**

Benjamin A. McMillen (MO Bar No. 63086 – Admitted Pro Hac Vice on 01/10/2023)
Ben.McMillen@huschblackwell.com
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8276

*Attorneys for* Defendant

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**ORDER TO REMAND CASE TO STATE COURT**

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

# ORDER

This Court, having read and considered the parties' Joint Stipulation to Remand Case to State Court ("Stipulation"), orders as follows:

1. The parties' Stipulation is approved.
2. This case is hereby remanded to the Superior Court of the State of California for the County of Santa Clara, Case No. 22CV400828.

**IT IS SO ORDERED**

DATED: June 16, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Nathanael M. Cousins

1
**ORDER TO REMAND CASE TO STATE COURT**